1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD H. RUIZ,                         1:04-cv-06693-AWI-DLB-P

12              Plaintiff,           **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATION** (Doc. 7)
13   vs.
                                     **ORDER DISMISSING ACTION**
14   PAROLE AGENT SHAWN LOZANO,

15              Defendant.
     _____/

16

17       Plaintiff, Richard H. Ruiz ("plaintiff"), is a state

18   prisoner proceeding pro se in this civil rights action pursuant

19   to 42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 72-302.

22       On March 8, 2005, the Magistrate Judge filed Findings and

23   Recommendation herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendation were to be filed within thirty (30) days.  To

26   date, plaintiff has not filed objections thereto.[1]

27   _____

28       [1] The United States Postal Service returned the order served on plaintiff on March 24, 2005, as undeliverable due to no inmate booking number.  On April 4, 2005, the court re-served plaintiff with same.

1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed March 8, 2005,

8  are ADOPTED in full; and,

9    2.   This action is DISMISSED based on plaintiff's failure

10 to obey the court's order of January 4, 2005.

11 IT IS SO ORDERED.

12 **Dated:     June 15, 2005**                    **/s/ Anthony W. Ishii**
   0m8i78                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2